MARY ENDERS, as Administratrix, etc., Respondent, *v.* THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant.

(Argued October 23, 1889; decided November 26, 1889

APPEAL from judgment of General Term of the Superior Court of the city of Buffalo, entered upon an order made November 30, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*James Fraser Gluck* for appellant.

*Tracy C. Becker* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.